UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPLICATION FOR A WRIT OF HABEAS CORPUS
PURSUANT TO 28 USC § 2241
BY A PERSON IN FEDERAL CUSTODY

FILED NOV 2 5 2008

2008 DEC -8 A 10: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

<u>Markeeda Brown-Adams 62271-066</u>, Petitioner
Full name and Prisoner number

Danbury Fed Prison Camp

Case#: 3:08 cv 1855 (JCH)

Complete Prison Address (Place of Confinement)

Route 37

Danbury, CT 06811

v.

Donna Zickefoose                    , Respondant
(Name of Warden

A PETITION FOR A WRIT OF HABEAS CORPUS
UNDER 28 USC § 2241 (PERSONS IN FEDERAL CUSTODY)

DATE: 11/21/08

Name: Markeeda Brown-Adams (#62271-066)  Case:
Place of Confinement: Danbury Federal Prison Camp
                     331/2 Pembroke Station Rd.
Warden: Zickefoose   Danbury, CT 06811

    I am in desperate need of help to obtain adequate medical care for Cervical Cancerous condition that I have suffered for a few years. Since my incarceration April 25, 2008, 8 months ago, I have been awaiting my extensive medical records from Temple University Hospital, containing my medical history particulars and procedures.

    Prior to my detention, I have sustained two surgeries, was taking a prescribed medication, and had instructions from my physician for a Pap Smear every three months. Thus far, my re-records have not been received, my medication has been confiscated and never returned or substituted. I finally got a Pap Smear – six months later – in October, with abnormal results reported on November 17th. My persistent pain and its source have been completely ignored by the medical staff here at Danbury Prison Camp. My sense is that a serious problem is occurring, as the pain is increasing daily.

    With no history and after considerable delay, the physician at Danbury has scheduled a biopsy for December 1st. I don't think that a blind surgical invasion is the proper strategy.

    Even prior to the recent Second Chance Act of 2007, the law enabled the BOP to place an inmate in CCC at anytime during their incarceration, at their disgression, based on the five criteria, all of which I comply as a model prisoner. Since 2002 up to 6 months half-way house or home confinement placement was the recommended amount. The Second Chance Act has increased the residency time up to 12 months and more with a medical reason. (See Second Chance Act #1199 - #5)

Brown-Adams 2

I was capriciously granted 1 month on my sentence of 1 year and 1 day, to commense February 9, 2009. My medical emergency has been totally ignored. I don't quite understand the disparity when there are a number of inmates serving the same amount of time that have been granted up to 6 months.

I am a young woman desperately trying to salvage my health so that I may enjoy the blessing and the privilege of bearing children in the future. I implore you not to arbitrarily obliterate that grace because of a fool-hearty mistake I made as a teenager.

Please allow me to be released to a half-way house or to home confinement, as soon as possible so that I amy access the specialized health care that I so desperately require.

Thank you for your mercy.

(Second Chance Act of 2007 - #1199) (18 USCA 3624 (b))


Respectfully,

*M. B. A*

Markeeda Brown-Adams
#62271-066

Danbury Federal Prison Camp
331/2 Pembroke Stattion Rd
Danbury CT 06811